[No. 68736-1-I.   Division One.   September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RICHARD ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08031-1, Christopher A. Washington, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68907-0-I.   Division One.   September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NAPOLEON HAYES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00747-1, Beth M. Andrus, J., entered June 11, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.

[No. 68975-4-I.   Division One.   September 23, 2013.]

HECTOR LOUIE RESSY, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-13931-0, Theresa B. Doyle, J., entered May 25, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Cox, JJ.

[No. 68979-7-I.   Division One.   September 23, 2013.]

JOHN WORTHINGTON, *Appellant*, v. THE CITY OF BREMERTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-02486-3, Regina S. Cahan, J., entered June 5, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.